No. 1221. CATALDO v. UNITED STATES; and

No. 6212. LUCAS, AKA LUCAKOS ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 433 F. 2d 38.

No. 1222. IRVING J. DORFMAN Co., INC. v. THOMAS WILSON & Co., INC. C. A. 2d Cir. Certiorari denied.

No. 1223. COOPER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 1244. FOLEY ET UX. v. COMPTROLLER OF THE TREASURY OF MARYLAND. Ct. App. Md. Certiorari denied.

No. 5924. SHORTER v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 5954. NELSON v. WEST VIRGINIA. Intermediate Ct. W. Va., Kanawha County. Certiorari denied.

No. 6099. HOGAN v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 6111. APPLING v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 6113. JONES ET AL. v. SULLIVAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 6174. LOWTHER v. SALISBURY, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 6197. STULLER v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 6335. LEANO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 6338. SMITH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.